JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR SPRING PROPERTY AND CASUALTY COMPANY,<br>    Plaintiff,<br><br>         v.<br><br>CHRISTIAN FRONSDAL,<br>    Defendant. | 2:23-cv-9866-DSF-BFMx<br><br>JUDGMENT |

The Court having granted a motion for entry of default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Clear Spring Property and Casualty Company and against Defendant Christian Fronsdal and his successor(s) in interest as follows:

Plaintiff does not and did not have a duty under Policy No. CSRYP/202647 to indemnify Defendant for claimed damage to his vessel, the *IRIS II*, suffered during the *IRIS II*'s docking in Tonga during the policy period.

Date: January 24, 2025

_____
Honorable Dale S. Fischer
United States District Judge